**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO A. GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
Attorneys for Defendant/Third-Party Plaintiff,
THE VONS COMPANIES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEEN LAGMAN-BLYTHE and DOYLE BLYTHE, <br><br> Plaintiff, <br><br> vs. <br><br> THE VONS COMPANIES, INC., d/b/a Vons; DOE EMPLOYEE; DOES 1 through X; and ROE ENTITIES 1 through X, inclusive, <br><br> Defendants. | CASE NO.:  2:19-cv-01907-JAD-EJY <br><br><br><br> ECF No. 22 |
| THE VONS COMPANIES, INC., d/b/a Vons, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> US BANK NATIONAL ASSOCIATION d/b/a US BANK; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Third Party Defendants. | |

<u>**STIPULATION AND ORDER FOR DISMISSAL OF THE VONS COMPANIES, INC.'S THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT, US BANK NATIONAL ASSOCIATION, WITHOUT PREJUDICE, LEAVING ALL REMAINING PARTIES**</u>

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2961

**BRANDON | SMERBER**
LAW FIRM

IT IS HEREBY STIPULATED AND AGREED to by and through LEW BRANDON, JR., ESQ., JEFFREY J. ORR, ESQ., and HOMERO A. GONZALEZ, ESQ. of BRANDON | SMERBER LAW FIRM on behalf of Defendant/Third-Party Plaintiff, THE VONS COMPANIES, INC., and Plaintiffs, COLLEEN LAGMAN-BLYTHE and DOYLE BLYTHE, by and through their attorney, GREGORY A. KRAMER, ESQ. of COOPER LEVENSON, P.A. agree that the Third-Party complaint by Defendant/Third-Party Plaintiff, VONS COMPAINES, INC. against Third-Party Defendant, U.S. BANK NATIONAL ASSOCIATION be dismissed without prejudice, leaving all remaining parties, and each party bear their respective fees and costs incurred.

Dated this 18th day of May 2020

**COOPER LEVENSON, P.A.**


*/s/ Gregory A. Kraemer, Esq.*

**GREGORY A. KRAEMER, ESQ.**
Nevada Bar No. 10911
1835 Village Center Circle
Las Vegas, Nevada 89134
Attorney for Plaintiffs,
COLLEEN LAGMAN-BLYTHE and
DOYLE BLYTHE

Dated this day of 18th May 2020

**BRANDON | SMERBER LAW**


/s/ *Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**HOMERO A. GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Rd.
Las Vegas, Nevada 89119
Attorneys for Defendant/Third-Party
Plaintiff, THE VONS COMPANIES INC.

**IT IS SO ORDERED**

This ___ day of May 2020.
19th

_____
**UNITED STATES DISTRICT COURT JUDGE**