```
1  BRIAN K. TERRY, ESQ.
   Nevada Bar No. 3171
2  AILEEN E. COHEN, ESQ.
   Nevada Bar No. 5263
3  THORNDAL ARMSTRONG DELK
     BALKENBUSH & EISINGER
4  1100 East Bridger Avenue
   Las Vegas, NV 89101-5315
5    Mail To:
     P.O. Box 2070
6    Las Vegas, NV 89125-2070
   Tel.: (702) 366-0622
7  Fax: (702) 366-0327
   E-Mail: AEC@thorndal.com
8  Attorney for Defendants
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEEN LAGMAN-BLYTHE and DOYLE BLYTHE,<br><br>Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., d/b/a VONS; DOE EMPLOYEES; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-CV-01907-JAD-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |
| THE VONS COMPANIES, INC.<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION d/b/a US BANK; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Third-Party Defendants. | |

1  THE VONS COMPANIES, INC., Defendant, hereby substitutes THORNDAL ARMSTRONG
2  DELK BALKENBUSH & EISINGER, 1100 E. Bridger Avenue, Las Vegas, NV 89101, (702)
3  366-0622 as attorney of record in place and stead of BRANDON SMERBER LAW FIRM.

DATED this 14th day of May, 2020.

_____
Tito Melara, Risk Manager
THE VONS COMPANIES, INC.

I consent to the above substitution.

DATED this 14 day of May, 2020.

_____ #7854 for
Lew Brandon, Jr., Esq.
Nevada Bar No. 5880

I am duly admitted to practice in this District.
Above substitution accepted.

DATED this 21st day of May, 2020.

/s/**Aileen E. Cohen**
_____
Aileen E. Cohen, Esq.
Nevada Bar No. 5263

APPROVED:

DATED May 22, 2020

_____
U.S. MAGISTRATE JUDGE

-2-